AO 91 (Rev 8/01)    Criminal Complaint

United States Courts
Southern District of Texas
FILED

*May 31, 2023*

# United States District Court

Nathan Ochsner, Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Ramiro Garcia-Gonzalez

## CRIMINAL COMPLAINT

Case Number:        M-23-1015-M

IAE        YOB:    1973
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about _____ May 30, 2023 _____ in _____ Hidalgo _____ County, in

the _____ Southern _____ District of _____ Texas _____

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1326 ___ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Ramiro Garcia-Gonzalez was encountered by Border Patrol Agents near McAllen, Texas, Texas on May 30, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 30, 2023, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 11, 2023, through Hidalgo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 22, 2023, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry and sentenced to two hundred sixty (260) days confinement.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes  ☒ No

Complaint authorized by AUSA T. Parran

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 31, 2023        at 6:58 a.m.

/s/    Timothy R. Young
Signature of Complainant

Timothy R. Young                Border Patrol Agent

J. Scott Hacker        , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer